**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 09-7157

JEVON EDWARD BROWN,

Plaintiff - Appellant,

v.

PATRICK, Virginia Department of Corrections Officer, C/O,
employee for Unit #27; MR. RAGSDALE, Virginia Department of
Transportation, Foreman, Crew Virginia; MS. FRANCHER,
Virginia Department of Corrections, Unit #27, Medical Care
Assistant/Personnel; R. GRAMMER, Virginia Department of
Corrections, Unit #27, former inmate; J. H. SNODGRASS; A.
HARRIS,

Defendants - Appellees.

Appeal from the United States District Court for the Eastern
District of Virginia, at Alexandria. T. S. Ellis, III, Senior
District Judge. (1:08-cv-01345-TSE-TRJ)

Submitted: November 17, 2009     Decided: November 23, 2009

Before WILKINSON, MICHAEL, and KING, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Jevon Edward Brown, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Jevon Edward Brown appeals the district court's order denying what it construed to be a Fed. R. Civ. P. 60(b) motion for reconsideration of the district court's February 24, 2009 order dismissing Brown's 42 U.S.C. § 1983 (2006) action against Defendants. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Brown v. Patrick, 1:08-cv-01345-TSE-TRJ (E.D. Va. Apr. 20, 2009). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED